UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAREN HORNE,<br><br>          Plaintiff,<br><br>   vs.<br><br>COMCAST CORPORATION,<br><br>          Defendant. | Case No. 2:18-cv-00862-MCE-AC<br><br>**ORDER GRANTING DEFENDANT COMCAST CORPORATION'S MOTION TO COMPEL ARBITRATION AND STAY ACTION**<br><br>Date:   July 12, 2018<br>Time:  2:00 p.m.<br>Ctrm:  7 (Sacramento Courthouse)<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint Filed: April 9, 2018 |

Presently before the Court is Defendant Comcast Corporation's ("Comcast") Motion to Compel Arbitration and Stay Action, made pursuant to 9 U.S.C. §§ 3 and 4.[1] The Court, upon consideration of the Motion and all papers in support thereof and in opposition thereto, as well as the pleadings, exhibits, and records in this matter, and for good cause having been shown, finds that Plaintiff Karen Horne's dispute is subject to a written arbitration agreement. Nor can Plaintiff show that the arbitration provision is unconscionable when she had the right within 30 days to opt out of the provision without consequence. Accordingly, the Court hereby GRANTS Comcast's Motion in its entirety.

It is hereby ordered that that Plaintiff is compelled to comply with the terms of the arbitration agreement; and it is further ordered that this action is hereby STAYED in its entirety pending any individual arbitration and until further Order of the Court. Not later than sixty (60) days following the date this Order is electronically filed, and every sixty (60) days thereafter until the arbitration is resolved, the parties are directed to file a Joint Status Report with this Court advising it of the status of the arbitration.

IT IS SO ORDERED.

Dated: July 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered these matters submitted on the briefs pursuant to E.D. Cal. Local Rule 230(g).