HEATHER H. JONES (*Pro Hac Vice*)
FBN: 0118974
Heather@TheConsumerProtectionFirm.com
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369

LAW OFFICE OF DEBORAH L. RAYMOND
DEBORAH L. RAYMOND, SBN 173528
445 Marine View Avenue, Suite 120
Del Mar, CA  92014
Telephone: (858) 481-9559
Email:draymondlaw@gmail.com

*Attorneys for Plaintiff, Karen Horne*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN HORNE,** | No.. 2:18-cv-00862 -MCE-AC |
| **Plaintiff,** | **NOTICE OF PENDING SETTLEMENT** |
| v. | |
| **COMCAST CORPORATION,** | |
| **Defendant.** | |

**PLAINTIFF,** KAREN HORNE, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, KAREN HORNE, and Defendant, COMCAST CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

1

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on March 18, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties or record using the CM/ECF system.

/s/ Heather H. Jones
Heather H. Jones, Esq. (*Pro Hac Vice*)
FBN: 0118974
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com

LAW OFFICE OF DEBORAH L. RAYMOND
DEBORAH L. RAYMOND, SBN 173528
445 Marine View Avenue, Suite 120
Del Mar, CA 92014
Telephone: (858) 481-9559
Email: draymondlaw@gmail.com

*Attorneys for Plaintiff, Karen Horne*