LAW OFFICE OF DEBORAH L. RAYMOND
DEBORAH L. RAYMOND, SBN 173528
445 Marine View Avenue, Suite 120
Del Mar, CA  92014
Telephone: (858) 481-9559
Email:draymondlaw@gmail.com
**IN ASSOCIATION WITH**
HEATHER H. JONES, Esquire
Appearing Pro Hac Vice
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd.
Tampa, FL  33629
Tele: (813) 500-1500
Fax: (13)435-2369
Email: Heather@TheConsumerProtectionFirm.com
Attorneys for Plaintiff Karen Horne

J. JONATHAN HAWK (254350)
jhawk@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN HORNE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**COMCAST CORPORATION,**<br><br>    **Defendant.** | No. 2:18-cv-00862-MCE-AC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COMES NOW, the Plaintiff KAREN HORNE, and the Defendant, COMCAST CORPORATION,[1] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their

---

[1] The Complaint mistakenly names Comcast Corporation as the defendant. Comcast Cable Communications, LLC is the proper party.

1

undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

*/s/ Heather H. Jones*
LAW OFFICE OF DEBORAH L. RAYMOND
DEBORAH L. RAYMOND, SBN 173528
445 Marine View Avenue, Suite 120
Del Mar, CA  92014
Telephone: (858) 481-9559
Email:draymondlaw@gmail.com
IN ASSOCIATION WITH
HEATHER H. JONES, Esquire
Appearing Pro Hac Vice
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd.
Tampa, FL  33629
Tele: (813) 500-1500
Fax: (13)435-2369
Email: Heather@TheConsumerProtectionFirm.com
*Attorneys for Plaintiff Karen Horne*

*/s/  J. Jonathan Hawk*
J. JONATHAN HAWK, Esq. (254350)
jhawk@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
*Attorney for Defendant Comcast Cable Communications, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Heather H. Jones*
LAW OFFICE OF DEBORAH L. RAYMOND
DEBORAH L. RAYMOND, SBN 173528
445 Marine View Avenue, Suite 120
Del Mar, CA  92014
Telephone: (858) 481-9559
Email:draymondlaw@gmail.com
IN ASSOCIATION WITH
HEATHER H. JONES, Esquire
Appearing Pro Hac Vice
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd.
Tampa, FL  33629
Tele: (813) 500-1500
Fax: (13)435-2369
Email: Heather@TheConsumerProtectionFirm.com

*Attorneys for Plaintiff Karen Horne*