# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HORNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION,<br><br>　　　　Defendant. | No. 2:18-cv-00862-MCE-AC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, this action is DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1